Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 362-8769
Facsimile:   (415) 362-7528
E-mail:  *rl@lh-sf.com; jth@lh-sf.com; hib@lh-sf.com*

Gary D. Greenwald, AZ Bar No. 025350
*Admitted Pro Hac Vice*
Gary A. Gotto, AZ Bar No. 007401
*Admitted Pro Hac Vice*
KELLER ROHRBACK, P.L.C
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Telephone:  (602) 248-0088
Facsimile:   (602) 248-2822
E-mail:  *ggreenwald@krplc.com;ggotto@krplc.com*

*Attorneys for Plaintiffs*

Jeremy Mittman, CA Bar No. 248854
PROSKAUER ROSE LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193
E-mail:  *jmittman@proskauer.com*

Howard Shapiro, LA Bar No. 11968
*Admitted Pro Hac Vice*
Michael D. Spencer, LA Bar No. 27649
*Admitted Pro Hac Vice*
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone:  (504) 310-4088
Facsimile:   (504) 310-2022
E-mail: *howshapiro@proskauer.com*; *mspencer@proskauer.com*

*Attorneys for Defendants*

1

JOINT STIPULATION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE MOVER IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. 10-CV-03114-EMC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| John Lupe, et al., | Case No. 10-cv-03114-EMC |
|---|---|
| Plaintiffs | **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| vs. | |
| Woody Bilyeu, et al., | |
| Defendants | ORDER |

Pursuant to Local Civil Rule 6-1, the undersigned counsel stipulate to an extension of time up to and including, October 8, 2010 for Defendants to answer, plead or otherwise move in response to Plaintiffs' First Amended Complaint in the above-captioned litigation.

DATED: August 27, 2010

| **KELLER ROHRBACK, P.L.C.** | **PROSKAUER ROSE LLP** |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendants |
| JOHN LUPE, MULTIBAND CORPORATION, MULTIBAND SC INCOROPARATED, MULTIBAND NE INCORPORATED | WOODY BILYEU, MARY BILYEU, AND PATRICK BRIAN SHELTON |
| By: /s/ Gary D. Greenwald | By: /s/ Michael D. Spencer |

<u>General Order 45 Attestation of Signatures</u>

I, Michael D. Spencer, attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature.

/s/ Michael D. Spencer          IT IS SO ORDERED:
Michael D. Spencer

_____
Edward M. Chen
U.S. Magistrate Judge





JOINT STIPULATION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE M
PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. 10-CV-03114-EMC

# PROOF OF SERVICE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 27, 2010, I served the forgoing document, described as **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

/s/ Jeremy M. Mittman_____

3
JOINT STIPULATION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE MOVER IN RESPONSE TO
PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. 10-CV-03114-EMC