Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: 415-362-8769
Facsimile: 415-362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*

Gary D. Greenwald, AZ Bar No. 025350
Admitted *pro hac vice*
Gary A. Gotto, AZ Bar No. 007401
Admitted *pro hac vice*
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
*ggreenwald@krplc.com, ggotto@krplc.com*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUPE, MULTIBAND CORPORATION, a Minnesota corporation; MULTIBAND SC INCORPORATED, a Louisiana corporation; MULTIBAND NE INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>Vs.<br><br>WOODY D. BILYEU and MARY H. BILYEU, husband and wife; PATRICK BRIAN SHELTON,<br><br>Defendants. | Case No. C10-03114 JSW<br><br>[~~PROPOSED~~] ORDER |

Based upon the Stipulation of the parties and for good cause shown,

The Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. 20) be and is hereby vacated and will be

1  rescheduled after a ruling by this Court on Defendants' Motion to Dismiss for improper venue
2  (Dkt. 23-26).
3      It is further Ordered, for good cause shown, that the Order Setting Briefing Schedule
4  (Dkt. 27) be and is hereby amended so that Plaintiffs' opposition to the pending Motion to
5  Dismiss shall be filed no later than November 12, 2010, and Defendants' reply shall be filed
6  no later than November 24, 2010.

Dated: October 18, 2010

*Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge