1  Jeremy Mittman, CA Bar No. 248854
2  PROSKAUER ROSE LLP
   2049 Century Park East
3  Suite 3200
   Los Angeles, CA 90067-3206
4  Telephone:  (310) 557-2900
   Facsimile:   (310) 557-2193
5  E-mail:  *jmittman@proskauer.com*

6  Howard Shapiro, LA Bar No. 11968
7  *Admitted Pro Hac Vice*
   Michael D. Spencer, LA Bar No. 27649
8  *Admitted Pro Hac Vice*
   PROSKAUER ROSE LLP
9  650 Poydras Street, Suite 1800
   New Orleans, Louisiana 70130
10 Telephone:  (504) 310-4088
   Facsimile:   (504) 310-2022
11 E-mail: *howshapiro@proskauer.com; mspencer@proskauer.com*
12
   *Attorneys for Defendants*
13
14 Ronald Lovitt, CA Bar No. 040921
   J. Thomas Hannan, CA Bar No. 039140
15 Henry I. Bornstein, CA Bar No. 75885
   LOVITT & HANNAN, INC.
16 900 Front Street, Suite 300
   San Francisco, California 94111
17 Telephone:  (415) 362-8769
   Facsimile:   (415) 362-7528
18 E-mail: *rl@lh-sf.com; jth@lh-sf.com; hib@lh-sf.com*
19
   Gary D. Greenwald, AZ Bar No. 025350
20 *Admitted Pro Hac Vice*
   Gary A. Gotto, AZ Bar No. 007401
21 *Admitted Pro Hac Vice*
   KELLER ROHRBACK, P.L.C
22 3101 North Central Avenue, Suite 1400
   Phoenix, Arizona 85012-2643
23 Telephone:  (602) 248-0088
   Facsimile:   (602) 248-2822
24 E-mail: *ggreenwald@krplc.com;ggotto@krplc.com*
25
   *Attorneys for Plaintiffs*
26
27
28
                              1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| John Lupe, et al.,<br><br>    Plaintiffs<br><br>vs.<br><br>Woody Bilyeu, et al.,<br><br>    Defendants | Case  No. 10-cv-03114-JSW<br> **ORDER GRANTING**<br>**JOINT STIPULATION FOR**<br>**WAIVER OF ORAL ARGUMENT**<br>**ON DEFENDANTS' MOTION TO**<br>**DISMISS PURSUANT TO FED. R.**<br>**CIV. P. 12(b)(3) BASED ON**<br>**IMPROPER VENUE OR TO**<br>**TRANSFER VENUE PURSUANT**<br>**TO 28 U.S.C § 1404(a), OR**<br>**ALTERNATIVELY, TO DISMISS**<br>**OR STAY BASED ON**<br>**ABSTENTION DOCTRINE** |

Pursuant to Local Rule 7-12 for the Northern District of California, undersigned counsel stipulate as follows:

The parties agree to waive oral argument currently scheduled for January 7, 2011 on Defendants' Motion to Dismiss (Rec. Doc. 23) and agree that the matters raised therein and in Plaintiffs' responsive pleadings thereto be decided on the pleadings filed in the record.

**DATED** this 4th day of January, 2011.

PROSKAUER ROSE LLP

By:____/s/ Michael D. Spencer_____
Michael D. Spencer
Howard Shapiro
650 Poydras Street, Suite 1800
New Orleans, Louisiana  70130
*Attorneys for Defendants*

KELLER ROHRBACK, P.L.C.

By:____/s/ Gary D. Greenwald_____
Gary D. Greenwald
Gary A. Gotto

2

3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012

LOVITT & HANNAN, INC.
Ronald Lovitt
J. Thomas Hannan
Henry I. Bornstein
900 Front Street, Suite 300
San Francisco, California  94111
*Attorneys for Plaintiffs*

IT IS HEREBY ORDERED that the January 7, 2011 hearing is vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:  January 5, 2011
_____.

Honorable Jeffrey S. White
United States District Court

JOINT STIPULATION TO WAIVE ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS
Case No. 10-CV-03114-JSW